UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PRO NITRO, LLC, | ) | 3:06-cv-00119-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PRO RACING FUELS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On August 26, 2010, the plaintiff filed a motion to lift stay and deny defendant's claim of exemption (#230) in light of the bankruptcy court's indication that it would dismiss defendant's petition. Defendant has not filed an opposition to the plaintiff's motion, and the time for doing so has expired. The plaintiff's motion to lift stay and deny the claim of exemption (#230) is granted in part and denied in part. It is granted as to the motion to lift stay. The motion to deny defendant's claim of exemption is

1

granted in part and denied in part as reflected in a separate order.

**IT IS SO ORDERED.**

DATED: This 20th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE